

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00315-CV

Juan Jesus Isaias **LOPEZ**; EBG Cargo, LLC; and Mario Albert Rodriguez;
Appellants

v.

Lawrence **STURDEN**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CVA001873D1
Honorable Jose A. Lopez, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: December 11, 2019

VACATED AND REMANDED

The parties have filed a joint motion asking this court to vacate the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with their agreement. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(2)(B). We vacate the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. We order the parties to bear their own costs of appeal as agreed. *See id*. 42.1(d).

PER CURIAM